11th
Court of Appeals

 Eastland,
Texas

          Opinion

 

Anthony Norris

Appellant

Vs.                   No.
11-03-00263-CR B Appeal from Harris County

State of Texas

Appellee

 

Anthony Norris has filed in this court an
amended motion to withdraw his appeal. 
In his motion, appellant states that it is his desire to withdraw the
appeal and that he does not want to further prosecute this appeal.  The motion is signed by both appellant and
his attorney.  TEX.R.APP.P. 42.2.  The motion is granted.

The appeal is dismissed.

 

PER CURIAM

 

September 25, 2003

Do not publish.  See TEX.R.APP.P. 47.2(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.